UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE L. GILLISPIE,

    Plaintiff,

v.                                               CASE No. 8:11-CV-1560-T-27MAP

UNITED STATES OF AMERICA, and
BARACK OBAMA, President,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff, acting *pro se,* moves for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (doc. 2) to prosecute an action he filed against the United States of America and Barack Obama, President of the United States of America entitled "EMERGENCY: Request for Injunctive Relief." *See* doc. 1. Plaintiff contends the Defendants are violating the United States Constitution, fourteenth amendment, section four, and his civil rights by notifying him on national television that the social security checks for August 2011, including the one he anticipates receiving on August 2nd, may not be issued. He further contends that the short notice has caused a financial and life threatening emergency for him, as he will be unable to maintain a residence, utilities, food and possible medical care without his social security check(s), and seeks entry of an emergency temporary injunction ordering the Defendants to cease all acts in violation of his civil rights.

    On August 2, 2011, Commissioner of Social Security Michael J. Astrue announced that Social Security payments for August 3rd will be made on time and as scheduled. "I am happy to announce there will be no delay in the payment of August Social Security benefits" Commissioner Astrue said, "which should be a relief to those people who were concerned about their benefits. I'm pleased the

President and Congress were able to come together in a bipartisan fashion to avoid an interruption in payments." *See* www.ssa.gov/pressoffice/pr/ss-paid-ontime-pr.html (Tuesday, August 2, 2011).

Accordingly, it is

RECOMMENDED:

1. Plaintiff's request to proceed be denied as moot (doc. 2) and his complaint be dismissed.[1]

IT IS SO REPORTED at Tampa, Florida, this 4th day of August, 2011.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

---

[1] Because I find the issues raised in the Plaintiff's complaint are now moot, it is unnecessary to determine whether the complaint is "frivolous or malicious" or whether Plaintiff qualifies for IFP status. *See* 28 U.S.C. § 1915(e) (court may dismiss action "if the court determines that the action is frivolous or malicious"); *Neitzke v. Williams,* 490 U.S. 319, 325 (1989) ("a claim is considered frivolous if it lacks an arguable basis in law or in fact").