UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE GILLISPIE,

    Plaintiff,

vs.                                          Case No. 8:11-cv-1560-T-27MAP

UNITED STATES OF AMERICA
and BARACK OBAMA,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's complaint (Dkt. 1) be dismissed and Plaintiff's request for leave to proceed *in forma pauperis* (Dkt. 2) be denied as moot. Plaintiff filed no objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Complaint (Dkt. 1) is **DISMISSED** and Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is **DENIED** as moot.

3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this 25th day of August, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record